# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADE DRILLING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>REGENESIS BIOREMEDIATION PRODUCTS, INC.,<br><br>Defendant. | CASE NO. 8:23-CV-02108-JWH-ADS<br><br>Hon. John W. Holcomb<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MAY 31, 2024, HEARING DATE ON DEFENDANT'S MOTION TO DISMISS SAC AND CERTAIN OTHER DEADLINES** |

ORDER - 1
#5596461 v2 / 45923-015

The Court having considered the Stipulation of the Parties and good cause appearing, hereby **ORDERS** as follows:

1. The hearing date on Defendant's Motion to Dismiss (Dkts. 49 & 49-1) is **CONTINUED** to June 7, 2024, at 9:00 a.m.

2. The following deadlines in this matter are **EXTENDED** as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Deadline for Defendant to serve initial asserted claims and infringement contentions | June 6, 2024 | June 14, 2024 |
| Deadline for Plaintiff to serve initial invalidity contentions | July 8, 2024 | July 15, 2024 |

**IT IS SO ORDERED.**

DATED: May 24, 2024

Honorable John W. Holcomb
United States District Judge

ORDER - 2
#5596461 v2 / 45923-015