Matthew A. Newboles (SBN 167,196)
Gregory K. Clarkson (SBN 298,712)
**STETINA BRUNDA GARRED & BRUCKER**
75 Enterprise, Suite 250
Aliso Viejo, California 92656
Tel: (949) 855-1246
Fax: (949) 855-6371
*mnewboles@stetinalaw.com*
*gclarkson@stetinalaw.com*
*litigation@stetinalaw.com*

Attorneys for Defendant,
*Regenesis Bioremediation Products, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Cascade Drilling, L.P., | Case No. 8:23-cv-02108-JWH-ADS |
| Plaintiff, | |
| v. | **DECLARATION OF GREGORY K. CLARKSON** |
| Regenesis Bioremediation Products, Inc., | |
| Defendant. | |

I, Gregory K. Clarkson, declare as follows:

1.      I am an attorney admitted to practice in the Central District of California. I am one of the attorneys representing Defendant Regenesis Bioremediation Products, Inc. in this action.

2.      On June 10, 2024, pursuant to FRCP Rules 33, 34, and 36, Defendant's First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission were propounded on Plaintiff Cascade Drilling, L.P. These

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

discovery requests consist of a contention interrogatory and associated document requests and requests for admission, which seek disclosure of the evidentiary support possessed by Plaintiff at the time that the Second Amended Complaint was filed in relation to a number of factual contentions made by Plaintiff therein. True and correct copies of Plaintiff's discovery requests are attached hereto as **Exhibit A**.

3.    On July 10, 2024, Plaintiff's counsel served their discovery responses to Defendant's discovery requests. Plaintiff's responses state that they are refusing to respond to these discovery requests. True and correct copies of Plaintiff's discovery responses are attached hereto as **Exhibit B**.

Dated:  July 15, 2024              By: /s/Gregory K. Clarkson
                                       Gregory K. Clarkson
                                       Declarant

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on July 15, 2024.

/s/Gregory K. Clarkson
Gregory K. Clarkson

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371