Name and address:
Joshua R.M. Rosenberg
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
(206) 223-1313
jrosenberg@karrtuttle.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CASCADE DRILLING, L.P., | CASE NUMBER 8:23-CV-02108-JWH-ADS |
|---|---|
| Plaintiff(s), | |
| v. | |
| REGENESIS BIOREMEDIATION PRODUCTS, INC. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Rosenberg, Joshua R.M.
------------------------------------------------------------
*Applicant's Name (Last Name, First Name & Middle Initial)*                check here if federal government attorney ☐

Karr Tuttle Campbell
------------------------------------------------------------
*Firm/Agency Name*

701 Fifth Avenue, Suite 3300                    (206) 223-1313                (206) 682-7100
------------------------------------------------------------  ---------------------------  ---------------------------
                                                *Telephone Number*            *Fax Number*
*Street Address*

Seattle, WA 98104                               jrosenberg@karrtuttle.com
------------------------------------------------------------  ----------------------------------
*City, State, Zip Code*                          *E-mail Address*

**I have been retained to represent the following parties:**

Cascade Drilling, L.P.                          ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____
------------------------------------------------
                                                ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____
------------------------------------------------
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Washington | 10/2021 | Yes |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[                                                                                           ]

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   August 5, 2024                        Joshua R.M. Rosenberg
                                              *Applicant's Name (please type or print)*

                                              [signature]
                                              *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Zerounian, Raffi V.
*Designee's Name (Last Name, First Name & Middle Initial)*

Hanson Bridgett LLP
*Firm/Agency Name*

777 S. Figueroa Street
*Street Address*

Los Angeles, CA 90017
*City, State, Zip Code*

415-995-5044
*Telephone Number*

213-395-7615
*Fax Number*

rzerounian@hansonbridgett.com
*Email Address*

236388
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated August 5, 2024

Raffi V. Zerounian
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# CERTIFICATION OF CURRENT STATUS

August 5, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Joshua Randall Maka'Iolani Rosenberg**, license no. **58365** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **October 6, 2021.**

As of the date of this certificate, Mr. Joshua Randall Maka'Iolani Rosenberg is and has been in good standing as a(n) **Active lawyer** of the Washington State Bar Association, who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

Terra Nevitt
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA