1  Nathan T. Paine (admitted *pro hac vice*)
2  Kyle B. Straughan (admitted *pro hac vice*)
   Holland & Knight
   701 Fifth Avenue, Suite 4700
3  Seattle, WA 98104
   Telephone: 206-505-4011
4  Facsimile: 206-505-4099
   Email: nathan.paine@hklaw.com
5
   [Additional Counsel on Signature Page]
6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| CASCADE DRILLING, L.P., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> REGENESIS BIOREMEDIATION PRODUCTS, INC., <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO. 8:23-CV-02108-JWH-ADS <br><br> Hon. John W. Holcomb <br><br> **[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth]** <br><br> **APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF NATHAN T. PAINE IN SUPPORT OF JOINT STIPULATION FOR MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT REGENESIS BIOREMEDIATION PRODUCTS, INC., COMPLIANCE WITH THE STIPULATED ESI ORDER, AND COMPLIANCE WITH THE STIPULATED PROTECTIVE ORDER** |

APPLICATION FOR LEAVE TO FILE
UNDER SEAL - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

Pursuant to Local Rule 79-5.1, Plaintiff Cascade Drilling, L.P. submits this Application for Leave to File Under Seal Exhibits D, G, and H to the Declaration of Nathan T. Paine in Support of Motion to Compel Production of Documents from Defendant Regenesis Bioremediation Products, Inc., Compliance with the Stipulated ESI Order, and Compliance with the Stipulated Protective Order ("Motion to Compel").

On April 9, 2025, Plaintiff filed its Joint Stipulation on Motion to Compel certain discovery noted for April 30, 2025 at 10:00 a.m. With the Joint Stipulation Cascade submitted the Declaration from Nathan T. Paine ("Paine Declaration"). Exhibits D, G, H, and N to the declaration consist of documents that Regenesis produced and designated as "OUTSIDE ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY." Per the Parties' Stipulated Protective Order (Dkt. 71), material designated as such will not be filed in the public record without first seeking permission from the Court to file the material under seal. Plaintiff challenged Defendant's confidentiality designations with respect to Exhibits G, H, and N in the Joint Statement.

On April 8, 2025 Plaintiff met and conferred with Defendant's counsel to ascertain whether any of the aforementioned exhibits could be appropriately redacted and eliminate any need for filing the documents under seal. While Defendant agreed that Exhibit N may be publicly filed despite the designation, Defendant maintained its position that the other three exhibits must be filed under seal. Cascade specifically inquired whether redactions might eliminate the need for filing under seal. Defendant, however, took the position that redactions to Exhibits D, G, or H would not be appropriate. Accordingly, Plaintiff submits this Application.

APPLICATION FOR LEAVE TO FILE UNDER SEAL - 2

HOLLAND & KNIGHT
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

Dated this 14th of April, 2025,

        *s/ Nathan T. Paine*
Nathan T. Paine (admitted *pro hac vice*)
Kyle B. Straughan (admitted *pro hac vice*)
**Holland & Knight**
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206-505-4011
Email: nathan.paine@hklaw.com

Robert A. McFarlane, CSB #172650
**Hanson Bridgett LLP**
1676 N California Blvd, Suite 620
Walnut Creek, CA 94596-7464
Telephone: 415-995-5072
Email: rmcfarlane@hansonbridgett.com

Raffi V. Zerounian, CSB #236388
**Hanson Bridgett LLP**
777 S Figueroa St, Suite 4200
Los Angeles, CA 90017
Telephone: 213-395-7621
Email: rzerounian@hansonbridgett.com

*Attorneys for Plaintiff, Cascade Drilling, L.P.*

APPLICATION FOR LEAVE TO FILE UNDER SEAL - 3
#5871943 v1 / 45923-015

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

Nathan T. Paine (admitted *pro hac vice*)
Kyle B. Straughan (admitted *pro hac vice*)
Holland & Knight
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206-505-4011
Facsimile: 206-505-4099
Email: nathan.paine@hklaw.com

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA**

| | |
|---|---|
| CASCADE DRILLING, L.P., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> REGENESIS BIOREMEDIATION PRODUCTS, INC., <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO. 8:23-CV-02108-JWH-ADS <br><br> Judge Autumn D. Spaeth <br><br> **(PROPOSED) ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF NATHAN T. PAINE** |

Before the Court is Plaintiff Cascade Drilling, L.P.'s Application for Leave to File Under Seal Exhibits to the Declaration of Nathan T. Paine ("Declaration"), which will be filed on April 9, 2025. Having considered the Application,

**IT IS HEREBY ORDERED THAT:**

Plaintiff is hereby granted leave to file the following Exhibits under seal:

Exhibit D;

Exhibit G; and

Exhibit H.

[PROPOSED] ORDER APPROVING APPLICATION FOR LEAVE TO FILE UNDER SEAL - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

1  IT IS SO ORDERED.

4  Dated: _____

_____
HONORABLE AUTUMN D. SPAETH
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING
APPLICATION FOR LEAVE TO FILE
UNDER SEAL - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing APPLICATION FOR LEAVE TO FILE UNDER SEAL to be served on the following person[s]:

| | |
|---|---|
| Matthew A. Newboles (SBN 167,196) | Brandon H. Stroy (289090) |
| Gregory K. Clarkson (SBN 298,712) | Maynard Nexsen LLP |
| Stetina Brunda Garred & Brucker | Two Embarcadero Center |
| 75 Enterprise, Suite 250 | Suite 1450 |
| Aliso Viejo, CA 92656 | San Francisco, CA 94111 |
| (949) 855-1246 | (415) 646-4703 |
| Email: mnewboles@stetinalaw.com | Email: bstroy@maynardnexsen.com |
|     gclarkson@stetinalaw.com | |
|     litigation@stetinalaw.com | |

Ashe P. Puri (297814)
Ben Roxborough
Maynard Nexsen LLP
10100 Santa Monica Blvd.
Suite 550
Los Angeles, CA 90067
(310) 596-4395
Email: apuri@maynardnexsen.com
    broxborough@maynardnexsen.com

*Counsel for Defendant*

by the following indicated method or methods:

☑   by electronically mailed notice to the e-mail address listed above on the date set forth below.

☑   by mailing full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

DATED April 14, 2025.

                                         *s/Nathan T. Paine*
                                         Nathan T. Paine

CERTIFICATE OF SERVICE - 1

HOLLAND & KNIGHT
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

CERTIFICATE OF SERVICE - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099