Nathan T. Paine (admitted *pro hac vice*)
Kyle B. Straughan (admitted *pro hac vice*)
Holland & Knight
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206-505-4011
Facsimile: 206-505-4099
Email: nathan.paine@hklaw.com

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| CASCADE DRILLING, L.P.,<br><br>  Plaintiff,<br><br>  v.<br><br>REGENESIS BIOREMEDIATION PRODUCTS, INC.,<br><br>  Defendant. | CASE NO. 8:23-CV-02108-JWH-ADS<br><br>Hon. John W. Holcomb<br><br>**[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth]**<br><br>**DECLARATION OF NATHAN PAINE IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

I, Nathan T. Paine, declare as follows:

1. I am an attorney admitted to practice in Washington State, and admitted pro hac vice to appear before this Court in the Central District of California.

2. I am a shareholder of the law firm of Holland & Knight and one of the attorneys representing Plaintiff Cascade Drilling, L.P. in this action against Defendant Regenesis Bioremediation Products, Inc.

3. I have personal knowledge of the facts stated in this declaration and, if called upon, could and would competently testify to them. All of the matters stated

DECLARATION OF NATHAN PAINE IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

here are known to me personally, unless stated on information and belief; and with regard to those statements, I am informed and reasonably believe them to be true.

4. The exhibits at issue, and their confidentiality designations, are as follows:

5. Exhibit D, Bates numbered RGNSS_0003826, is a Non-disclosure Agreement between James Imbrie and Regenesis Bioremediation Products. Defendant designated the document "OUTSIDE ATTORNEYS' EYES ONLY."

6. Exhibit G, Bates numbered RGNSS_0004013, is an email chain among Defendants' employees with the subject line "Draft invention disclosure." Defendant designated the document "OUTSIDE ATTORNEYS' EYES ONLY."

7. Exhibit H, Bates numbered RGNSS_0003797, is a document entitled "PRIOR ART SUMMARY – COLLOIDAL CARBON FOR GROUNDWATER." Defendant designated the document "OUTSIDE ATTORNEYS' EYES ONLY."

8. On March 27, 2025, Plaintiff sent an email requesting Defendant withdraw the confidentiality designations or allow for Exhibits D, G, H, and N to be filed with redactions rather than filed under seal. Defendant did not respond.

9. On April 3, 2025, Plaintiff sent another email repeating the request, reiterating that none of the documents designated as confidential appeared to contain sensitive information.

10. On April 3, 2025, Defendant replied, stating that it would not withdraw confidentiality designations from Exhibits D, G, and H, but agreed to withdraw the confidentiality designations from Exhibit N.

11. On April 3, 2025, Plaintiff again asked if it would be possible to address the confidentiality concerns through redactions.

DECLARATION OF NATHAN PAINE IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL - 2

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

1  12. On April 8, 2025, Counsel for the Parties met and conferred. I inquired as to whether it would be possible to file the documents with redactions rather than under seal. Defendant's took the position that redactions were not appropriate.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 14th day of April, 2025, at Seattle, Washington.

                                        /s/*Nathan T. Paine*
                                        Nathan T. Paine
                                        WSBA #34487

DECLARATION OF NATHAN PAINE IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL - 3

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing DECLARATION OF NATHAN PAINE IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL to be served on the following person[s]:

Matthew A. Newboles (SBN 167,196)
Gregory K. Clarkson (SBN 298,712)
Stetina Brunda Garred & Brucker
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
(949) 855-1246
Email: mnewboles@stetinalaw.com
         gclarkson@stetinalaw.com
         litigation@stetinalaw.com

Brandon H. Stroy (289090)
Maynard Nexsen LLP
Two Embarcadero Center
Suite 1450
San Francisco, CA 94111
(415) 646-4703
Email: bstroy@maynardnexsen.com

Ashe P. Puri (297814)
Ben Roxborough
Maynard Nexsen LLP
10100 Santa Monica Blvd.
Suite 550
Los Angeles, CA 90067
(310) 596-4395
Email: apuri@maynardnexsen.com
         broxborough@maynardnexsen.com

*Counsel for Defendant*

by the following indicated method or methods:

☑   by electronically mailed notice to the e-mail address listed above on the date set forth below.

☑   by mailing full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

DATED April 14, 2025.

*s/Nathan T. Paine*
Nathan T. Paine

CERTIFICATE OF SERVICE - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

CERTIFICATE OF SERVICE - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099