Nathan T. Paine (admitted *pro hac vice*)
Kyle B. Straughan (admitted *pro hac vice*)
Holland & Knight
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206-505-4011
Facsimile: 206-505-4099
Email: nathan.paine@hklaw.com

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA**

| | |
|---|---|
| CASCADE DRILLING, L.P.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>    v.<br><br>REGENESIS BIOREMEDIATION PRODUCTS, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | CASE NO. 8:23-CV-02108-JWH-ADS<br><br>Judge Autumn D. Spaeth<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF NATHAN T. PAINE** |

Before the Court is Plaintiff Cascade Drilling, L.P.'s Application for Leave to File Under Seal Exhibits to the Declaration of Nathan T. Paine ("Declaration"), which will be filed on April 9, 2025. Having considered the Application,

**IT IS HEREBY ORDERED THAT:**

Plaintiff is hereby granted leave to file the following Exhibits under seal:

Exhibit D;

Exhibit G; and

Exhibit H.

[PROPOSED] ORDER APPROVING APPLICATION FOR LEAVE TO FILE UNDER SEAL - 1

HOLLAND & KNIGHT
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

1      IT IS SO ORDERED.

2

3

4 Dated: _____

5

6

7                           _____

8                       HONORABLE AUTUMN D. SPAETH
                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER APPROVING APPLICATION FOR LEAVE TO FILE UNDER SEAL - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099