# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADE DRILLING L.P.<br><br>PLAINTIFF(S)<br><br>v.<br><br>REGENESIS BIOREMEDIATION PRODUCTS, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:23−cv−02108−JWH−ADS<br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

 04/14/2025  /  108  / Application to file Declaration of Nathan T. Paine Under Seal

*Date Filed*      *Doc. No.*      *Title of Document*

__ / __ / __

*Date Filed*      *Doc. No.*      *Title of Document*

Other:
Failure to comply with Local Rule 79−5.2.1.

Dated: April 15, 2025          By: /s/ *Autumn D. Spaeth*
                                              U.S. Magistrate Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)