UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 8:23-02108 JWH (ADSx)                    Date: April 18, 2025

Title: *Cascade Drilling, L.P. v. Regenesis Bioremediation Products, Inc.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 106)**

On its own motion, the Court continues the April 30, 2025 hearing on Plaintiff's Motion to Compel Defendant's Discovery Responses and Compliance with Stipulated ESI Order and Stipulated Protective Order to May 28, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Initials of Clerk kh