UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:23-02108 JWH (ADSx)     Date: May 23, 2025

Title: *Cascade Drilling, L.P. v. Regenesis Bioremediation Products, Inc.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL (DKT. NO. 110)**

Before the Court is Plaintiff's Application for Leave to File Under Seal Exhibits to the Declaration of Nathan T. Paine (the "Application"). (Dkt. No. 110.) The Application involves exhibits which Defendant has designated as confidential. (Id.) Under Local Rule 79-5.2.2(b)(i), within four days of the filing of the Application, the designating party—here, the Defendant—"must file a declaration establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard." Id. Defendant has not filed a declaration, and the time to do so has passed.

Good cause has not been shown to file the designated exhibits under seal. See id. Therefore, the Application is DENIED.

**IT IS SO ORDERED.**

Initials of Clerk kh