KARR TUTTLE CAMPBELL
Nathan T. Paine (admitted *pro hac vice*)
npaine@karrtuttle.com
Kyle B. Straughan (admitted *pro hac vice*)
kstraughan@karrtuttle.com
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:   206-682-7100

[Additional Counsel on Signature Page]

***Attorneys for Plaintiff***
CASCADE DRILLING, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CASCADE DRILLING, L.P.,<br><br>  Plaintiff,<br><br>  v.<br><br>REGENESIS BIOREMEDIATION PRODUCTS, INC.,<br><br>  Defendant. | Case No. 8:23-cv-02108-JWH-ADS<br><br>[Discovery Matter Referred to Magistrate Judge Autumn D. Spaeth]<br><br>**NOTICE OF FILING OF EXHIBITS TO DECLARATION OF NATHAN T. PAINE (Dkt. No. 107).** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On April 9, 2025, Plaintiff filed a Joint Motion to Compel Discovery Responses (among other things) (Dkt. No. 106) and, in support thereof, the Declaration of Nathan T. Paine (Dkt. No. 107). Because Defendant had designated the documents attached to Mr. Paine's Declaration as Exhibits D, G, and H as confidential, on April 16, 2025, Plaintiff filed an Application to file those documents under seal (Dkt. Nos. 110 and 111).

On May 23, 2025, the Court denied the Application for leave to file those documents under seal (Dkt. No. 120). Accordingly, pursuant to L.R. 79-5.2.2(b)(ii),

21834471.1                                                   1                            Case No. 8:23-cv-02108-JWH-ADS
NOTICE OF FILING OF EXHIBITS TO DECLARATION OF NATHAN T. PAINE

attached hereto are unredacted Exhibits D, G, and H to the April 9, 2025 Declaration of Nathan T. Paine (Dkt. No. 107) in support of the pending Joint Motion to Compel (Dkt. No. 106).

DATED: May 28, 2025                KARR TUTTLE CAMPBELL

By:    */s/ Justin Thiele*
NATHAN T. PAINE
KYLE B. STRAUGHAN

HANSON BRIDGETT LLP
Robert A. McFarlane, SBN #172650
rmcfarlane@hansonbridgett.com
1676 N California Blvd, Suite 620
Walnut Creek, CA 94596-7464
Telephone:  415-995-5072
Facsimile:  415-995-3572

Raffi V. Zerounian, SBN #236388
rzerounian@hansonbridgett.com
Justin P. Thiele, SBN #311787
jthiele@hansonbridgett.com
601 West 5th St, 3rd Floor
Los Angeles, CA 90071
Telephone:  213-395-7621
Facsimile:  213-395-7615

***Attorneys for Plaintiff***
CASCADE DRILLING, L.P.