1  Nathan T. Paine (admitted *pro hac vice*)
   Kyle B. Straughan (admitted *pro hac vice*)
2  Holland & Knight
   701 Fifth Avenue, Suite 4700
3  Seattle, WA 98104
   Telephone: 206-505-4011
4  Facsimile: 206-505-4099
   Email: nathan.paine@hklaw.com
5
   [Additional Counsel on Signature Page]
6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA**

| | |
|---|---|
| CASCADE DRILLING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> REGENESIS BIOREMEDIATION PRODUCTS, INC., <br><br> Defendant. | CASE NO. 8:23-CV-02108-JWH-ADS <br><br> Hon. John W. Holcomb <br><br> **Joint Stipulation to Extend Certain Deadlines** |

The parties have conferred regarding the upcoming deadlines for Plaintiff's Final Invalidity Contentions, Defendant's Final Infringement Contentions, and the parties' Settlement Conference on June 13, 2025. The parties stipulate and request the Court extend the foregoing deadlines by 60 days. The parties believe good cause exists for an extension to allow for adequate consideration of the Court's Claim Construction order once issued to ensure the parties' respective invalidity and infringement contentions comport with such order. The proposed modifications to the case schedule will also allow the parties to engage in more informed settlement negotiations with the Claim Construction order and pending discovery motions resolved.

JOINT STIPULATION TO EXTEND
CERTAIN DEADLINES - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

1
2
3
4
5
6
7
8
9

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Final Invalidity Contentions | June 13, 2025 | August 12, 2025 |
| Defendant's Final Infringement Contentions | June 13, 2025 | August 12, 2025 |
| Deadline for Parties to Engage in Settlement Conference | June 13, 2025 | August 12, 2025 |

10  The parties do not anticipate that any other dates will be impacted by the
11  proposed change.
12  [*Signature Page Follows*]
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

JOINT STIPULATION TO EXTEND
CERTAIN DEADLINES - 2

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

1  **IT IS SO STIPULATED,** through Counsel of Record.

Dated: June 3, 2025                                              Dated: June 3, 2025

*/s/Nathan T. Paine*                                             */s/Gregory K. Clarkson*
Nathan T. Paine (admitted *pro hac vice*)                        Matthew A. Newboles (SBN 167,196)
Kyle B. Straughan (admitted *pro hac vice*)                      Gregory K. Clarkson (SBN 298,712)
**Holland & Knight**                                             **STETINA BRUNDA GARRED & BRUCKER**
701 Fifth Avenue, Suite 4700                                     75 Enterprise, Suite 250
Seattle, WA 98104                                                Aliso Viejo, California 92656
Telephone: 206-505-4011                                          Tel: (949) 855-1246
Email: nathan.paine@hklaw.com                                    Fax: (949) 855-6371
                                                                 mnewboles@stetinalaw.com
Robert A. McFarlane, CSB #172650                                 gclarkson@stetinalaw.com
**Hanson Bridgett LLP**                                          litigation@stetinalaw.com
1676 N California Blvd, Suite 620
Walnut Creek, CA 94596-7464                                      Brandon H. Stroy (SBN 289,090)
Telephone: 415-995-5072                                          **NIXON PEABODY LLP**
Email: rmcfarlane@hansonbridgett.com                             One Embarcadero Center, 32nd Floor
                                                                 San Francisco, CA 94111
Raffi V. Zerounian, CSB #236388                                  Tel: 415.984.8251
**Hanson Bridgett LLP**                                          Fax: 833.495.3991
777 S Figueroa St, Suite 4200                                    bstroy@nixonpeabody.com
Los Angeles, CA 90017
Telephone: 213-395-7621                                          *Attorneys for Defendant,*
Email: rzerounian@hansonbridgett.com                             Regenesis Bioremediation Products, Inc.

*Attorneys for Plaintiff,*
Cascade Drilling, L.P.

JOINT STIPULATION TO EXTEND CERTAIN DEADLINES - 3

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

                                                  /s/*Nathan T. Paine*
                                                  Nathan T. Paine

JOINT STIPULATION TO EXTEND CERTAIN DEADLINES - 4

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on June 3, 2025.

/s/*Nathan T. Paine*
Nathan T. Paine

JOINT STIPULATION TO EXTEND
CERTAIN DEADLINES - 5

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099