1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASCADE DRILLING, L.P., | Case No. 8:23-CV-02108-JWH-ADS |
| Plaintiff, | Hon. John W. Holcomb |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN DEADLINES** |
| REGENESIS BIOREMEDIATION PRODUCTS, INC., | |
| Defendant. | |

JOINT STIPULATION TO EXTEND
CERTAIN DEADLINES - 1

**HOLLAND & KNIGHT**
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099

The Court having considered the Joint Stipulation of the Parties and good cause appearing, hereby **ORDERS** as follows:

1. The upcoming deadlines for Plaintiff's Final Invalidity Contentions, Defendant's Infringement Contentions, and the parties' Settlement Conference on June 13, 2025, are **CONTINUED** to August 12, 2025.

2. The following deadlines in this matter are **EXTENDED** as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's Final Invalidity Contentions | June 13, 2025 | August 12, 2025 |
| Defendant's Final Infringement Contentions | June 13, 2025 | August 12, 2025 |
| Deadline for Parties to Engage in Settlement Conference | June 13, 2025 | August 12, 2025 |

**IT IS SO ORDERED.**

DATED: June 4, 2025

Honorable John W. Holcomb
United States District Judge

JOINT STIPULATION TO EXTEND
CERTAIN DEADLINES - 2

HOLLAND & KNIGHT
701 FIFTH AVENUE, SUITE 4700
SEATTLE, WASHINGTON 98104
MAIN: (206) 505-4000
FAX: (206) 505-4099