UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:23-02108 JWH (ADSx)        Date: July 18, 2025

Title: *Cascade Drilling, L.P. v. Regenesis Bioremediation Products, Inc.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS**

The Court ordered the Parties to meet and confer regarding a further ESI search and file a stipulation or further briefing by no later than July 17, 2025. (Dkt. No. 126.) On July 17, 2025, Defendant filed a supplemental brief representing Plaintiff has not attempted to arrange a meet and confer. (Dkt. No. 132.) The Parties are ORDERED TO SHOW CAUSE why sanctions should not be imposed for failure to follow court orders. The Parties must file a response to this Order to Show Cause by no later than August 1, 2025. Filing a stipulation agreeing to terms for a further ESI search or briefing that demonstrates the Parties have met and conferred on the issue will discharge this Order.

**IT IS SO ORDERED.**

Initials of Clerk kh